IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITY OF LINCOLN, NEBRASKA, A municipal corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3030 |
| V. | ) ) | |
| WINDSTREAM NEBRASKA, Inc., | ) ) | AMENDED PROGRESSION ORDER |
| Defendant. | ) ) ) | |

IT IS ORDERED:

1) The parties' Joint Motion to Modify the Progression Order (Filing No. 23), is granted.

2) The deadline for Windstream to move to amend its answer is extended to 14 days after a denial of the Plaintiff's Amended Motion for Leave to Amend Complaint or, in the event that the Plaintiff's motion is granted, 14 days after Windstream answers the Plaintiff's amended complaint.

3) The deadline for mandatory disclosures is extended to July 15, 2010.

DATED this 4th day of June, 2010.

BY THE COURT:
S/ *Cheryl R. Zwart*
United States Magistrate Judge