IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITY OF LINCOLN, NEBRASKA, A municipal corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3030 |
| v. | ) ) | |
| | ) | AMENDED PROGRESSION ORDER |
| WINDSTREAM NEBRASKA, Inc., WINDSTREAM COMMUNICATIONS, Inc., and WINDSTREAM CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) | |

Counsel for both parties have filed a Joint Motion to Modify Progression Order (Filing 48) in order to facilitate settlement negotiations. The joint motion is granted and the progression order will be amended as follows:

a. The deadline for mandatory disclosures is September 30, 2010.

b. The deadline for disclosure of experts and, unless otherwise agreed, the deadline for the provision of expert reports is:

      For the plaintiff:      November 1, 2010
      For the defendants:      November 29, 2010

c. The discovery and deposition deadline is February 14, 2011. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

d. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is February 25, 2011.

e. The pretrial conference and jury trial remain scheduled for March 24, 2011 and April 4, 2011, respectively. However, the parties are advised that if a dispositive or *Daubert* motion is filed after December 24, 2010, the pretrial conference and trial of this case may be continued on the court's own motion.

DATED this 18th day of August, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge