IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITY OF LINCOLN, NEBRASKA, | ) | 4:10CV3030 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WINDSTREAM NEBRASKA, INC., | ) | |
| WINDSTREAM COMMUNICATIONS, INC., | ) | |
| and WINDSTREAM CORPORATION, | ) | |
| | ) | |
| Defendants | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 59) is granted, as follows:

Plaintiff shall have until November 5, 2010, to respond to motions to dismiss filed by Defendants Windstream Communications, Inc. (filing 51) and Windstream Corporation (filing 54).

October 20, 2010.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge