IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITY OF LINCOLN, NEBRASKA, | ) | 4:10CV3030 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WINDSTREAM NEBRASKA, INC., | ) | |
| WINDSTREAM COMMUNICATIONS, INC., | ) | |
| and WINDSTREAM CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Plaintiff's motion to dismiss (filing 63) is granted; Defendants Windstream Communications, Inc., and Windstream Corporation are dismissed from the action without prejudice.

2. Pursuant to the parties' joint stipulation (filing 61), the motions to dismiss filed by Defendants Winstream Communications, Inc. (filing 51), and Windstream Corporation (filing 54) are withdrawn.

DATED this 8th day of November, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge