IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITY OF LINCOLN, Nebraska, A municipal corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3030 |
| v. | ) ) | |
| | ) | MEMORANDUM AND ORDER |
| WINDSTREAM NEBRASKA, Inc., | ) ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1) The defendant's unopposed motion for setting status conference, (filing no. 68), is granted.

2) A telephonic status conference is set for February 15, 2011 at 11:00 a.m. before Magistrate Judge Cheryl R. Zwart. Plaintiff's counsel shall initiate the call.

DATED this 18th day of January, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge