IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITY OF LINCOLN, NEBRASKA, | ) | 4:10CV3030 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WINDSTREAM NEBRASKA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. Plaintiff's motion for an enlargement of time (filing 83) is granted, as follows: Plaintiff shall have until April 1, 2011, to file a reply regarding its motion for summary judgment (filing 75).

2. Plaintiff's motion for leave to file a sur-reply brief (filing 84) is granted, as follows: Plaintiff shall have until April 1, 2011, to file a sur-reply brief regarding Defendant's motion for summary judgment (filing 71).

March 25, 2011.                         BY THE COURT:

                                         *Richard G. Kopf*
                                         United States District Judge