IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITY OF LINCOLN, | ) | 4:10CV3030 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WINDSTREAM NEBRASKA, INC., | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

On July 21, 2011, Magistrate Judge Cheryl R. Zwart entered an order (filing 105) granting the plaintiff's oral motion for leave to disclose an additional expert. On July 25, 2011, the defendant filed a motion for reconsideration of the order (filing 107). In a thoughtful memorandum and order entered on August 1, 2011 (filing 116), Judge Zwart denied the motion for reconsideration and indicated that the July 21st order would remain in effect. On August 12, 2011, the defendant filed a statement of objections (filing 131) pursuant to 28 U.S.C. § 636(b)(1) and NECivR 72.2.

Upon careful review,[1] I find that the defendant's objections should be denied for the reason that Judge Zwart's order is not clearly erroneous or contrary to law. In particular, but without limitation, I agree with her determination that good cause existed for modifying the court's progression schedule under Federal Rule of Civil Procedure 16(b)(4).

Accordingly,

IT IS ORDERED that:

---

[1] To the extent the appropriate standard of review is de novo, I have conducted a de novo review.

2

(1) the Magistrate Judge's memorandum and order (filing 116) shall not be disturbed and is hereby sustained; and

(2) Plaintiff's statement of objections to, or appeal from, the Magistrate Judge's order (filing 131) is denied.

August 24, 2011.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge