IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITY OF LINCOLN, NEBRASKA, )<br>A municipal corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>WINDSTREAM NEBRASKA, INC., )<br>)<br>Defendant. ) | Case No. 4:10-CV-3030<br><br><br><br>**ORDER TO DISMISS**<br>**WITH PREJUDICE** |

Pursuant to the parties' Stipulation to Dismiss with Prejudice and Fed.R.Civ.P. 41(a),

IT IS ORDERED:

The Stipulation is granted. The above-captioned matter is dismissed with prejudice with each party to bear its own costs.

DATED: October __17__, 2011.

BY THE COURT:

s/ Richard G. Kopf, U.S. District Judge

1