## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITY OF LINCOLN, NEBRASKA, A municipal corporation, | ) ) ) | Case No. 4:10-CV-3030 |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **ORDER TO DISMISS WITH PREJUDICE** |
| WINDSTREAM NEBRASKA, INC., | ) ) | |
| Defendant. | ) | |

Pursuant to the parties' Stipulation to Dismiss with Prejudice and Fed.R.Civ.P. 41(a),

IT IS ORDERED:

The Stipulation is granted.  The above-captioned matter is dismissed with prejudice with each party to bear its own costs.

DATED: October __17__, 2011.

BY THE COURT:

s/ Richard G. Kopf, U.S. District Judge

1